# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| WESLEY S. BATTEY, JR., | Case No. 2:13-cv-00537-APG-CWH |
|---|---|
| Plaintiff, | **Order Dismissing Case With Prejudice** |
| v. | |
| STATE OF NEVADA, | |
| Defendant. | |

On May 29, 2013, Magistrate Judge Hoffman entered his Findings and Recommendation [Dkt #8] recommending dismissal of Plaintiff's Complaint [Dkt #5]. Pursuant to Local Rule IB 3-2, any objection to Judge Hoffman's findings and recommendation had to be filed within 14 days from the date of service. To date, no objection has been filed.

Based upon the Findings set forth by Judge Hoffman and the failure to file any objection thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Findings and Recommendation are adopted and approved in their entirety, and Plaintiff's Complaint is dismissed with prejudice.

Dated: August 2, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE